■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN PRIDE DAVIS, Appellant, v JAMES SULLIVAN et al., Respondents. — Judgment of the Supreme Court, Westchester County (Rosenblatt, J.), entered November 16, 1983, affirmed, without costs or disbursements (*People ex rel. Martinez v Walters,* 99 AD2d 476, app dsmd 63 NY2d 727). Mollen, P. J., Gibbons, Thompson and Bracken, JJ., concur.